UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KATHERINE ARCHUT,<br><br>Plaintiff,<br><br>v.<br><br>ROSS UNIVERSITY SCHOOL OF VETERINARY MEDICINE; DeVRY INC.; a corporation of the State of Delaware, and ABC Corporations 1-5, being fictitiously named subsidiaries of DeVry Inc.,<br><br>Defendants. | No.: 3:10-cv-01681 (FLW)(TJB) |

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Howard M. Wexler, dated June 22, 2012, together with Exhibits A through KK thereto; the Declaration of Dr. Guy St. Jean; the Declaration of Dr. N. Sean Fox; the accompanying Defendants' Memorandum of Law in Support of Their Motion For Summary Judgment; the Local Rule 56.1 Statement of Undisputed Material Facts; the Certification of Howard M. Wexler, the proposed order, and upon all the pleadings and proceedings herein, Defendants Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited and DeVry Inc. ("Defendants"), will move before this Court on July 16, 2012, or at another time determined by the Court, before the Honorable Mary J. Cooper,

United States District Judge, at the Clarkson S. Fisher Building & United States Courthouse, 402 East State Street Room 2020, Trenton, New Jersey, 08608 for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Defendants' motion to for summary judgment in its entirety, and granting such other relief as the Court may deem just and proper.

Dated: New York, New York
June 22, 2012

Respectfully submitted,
SEYFARTH SHAW LLP

By __s/Howard M. Wexler
   Howard M. Wexler
   Michael F. Marino
   Jacob Oslick
620 Eighth Avenue, 32nd Floor
New York, New York 10018-1405
Main Office Number: (212) 218-5500
Main Fax Number: (212) 218-5526
hwexler@seyfarth.com
mmarino@seyfarth.com
joslick@seyfarth.com
*Attorney for the Defendants*