UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

KATHERINE ARCHUT,

    Plaintiff,

    v.

ROSS UNIVERSITY SCHOOL OF
VETERINARY MEDICINE, et al.,

    Defendants.

CIVIL ACTION NO. 10-1681 (MLC)

**ORDER & JUDGMENT**

For the reasons stated in the Court's Memorandum Opinion of November 19, 2012, **IT IS** on this 19th day of November, 2012, **ORDERED** that Defendants' motion for summary judgment (dkt. entry no. 32) is **GRANTED IN PART AND DENIED IN PART AS FOLLOWS:**

    **GRANTED TO THE EXTENT** that it concerns Count I of the Complaint, brought under the Rehabilitation Act ("Count I"); and

    **GRANTED TO THE EXTENT** that it concerns Count II of the Complaint, brought under the Americans with Disabilities Act ("Count II"); and

    **GRANTED TO THE EXTENT** that it concerns Count III of the Complaint, brought under the New Jersey Law Against Discrimination ("Count III"); and

    **DENIED WITHOUT PREJUDICE TO THE EXTENT** that it concerns Count IV of the Complaint, brought under common or state law breach of contract; and

**IT IS FURTHER ADJUDGED** that **JUDGMENT IS ENTERED IN FAVOR** of the defendants and against plaintiff on Count I; and

**IT IS FURTHER ADJUDGED** that **JUDGMENT IS ENTERED IN FAVOR** of defendants and against the plaintiff on Count II; and

**IT IS FURTHER ADJUDGED** that **JUDGMENT IS ENTERED IN FAVOR** of defendants and against the plaintiff on Count III.

                                                  s/ Mary L. Cooper
                                                  **MARY L. COOPER**
                                                  United States District Judge